

# THE THIRTEENTH COURT OF APPEALS

13-21-00357-CV

## IN RE ARNOLD RAUL GONZALES

On Appeal from the
377th District Court of Victoria County, Texas
Trial Court Cause No. 20-08-32316-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed, due to appellant's inability to pay costs.

We further order this decision certified below for observance.

February 10, 2022